FRUH, Respondent, v. DUCKWORTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by George Fruh against Walter F. Duckworth, Theodore B. Willis, and Henry A. Willis. No opinion. Judgment and order affirmed, with costs.

GANNON v. McGUIRE. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Sarah Gannon against Catherine McGuire. No opinion. Motion denied. See 47 N. Y. Supp. 870.

GAUTSCH v. ROTHPLETZ. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Albert Gautsch against Bernard Rothpletz. No opinion. Motion granted, with $10 costs.

GENEVA & W. RY. CO., Appellant, v. FALL BROOK RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by the Geneva & Waterloo Railway Company against the Fall Brook Railway Company, impleaded with the New York Central & Hudson River Railroad Company. Charles A. Hawley, for appellant. Albert H. Harris, for respondents.

PER CURIAM. Judgment affirmed, with costs, on the opinion in Geneva & W. Ry. Co. v. New York Cent. & H. R. R. Co. (Sup.) 48 N. Y. Supp. 842.

GERMAN–AMERICAN BANK, Respondent, v. SLADE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by the German-American Bank against Emma Slade and William H. Slade. No opinion. Judgment and order affirmed, with costs. See 36 N. Y. Supp. 983.

GILCHRIST, Respondent, v. FORTY–SECOND ST., M. & ST. N. AVE. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Andrew Gilchrist against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company. No opinion. Judgment and order unanimously affirmed, with costs. See 46 N. Y. Supp. 1092.

GOLDEN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Martin Golden, Jr., against the New York Central & Hudson River Railroad Company. No opinion. Motions denied, with $10 costs and disbursements. See 47 N. Y. Supp. 1136.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) In the matter of the application of the grade crossing commissioners of the city of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners of and parties interested in certain 48 N.Y.S.—70

lands in the city of Buffalo, proposed to be taken by the city of Buffalo, and claimed to be owned by Joseph Bear and others. No opinion. Order reversed, and proceedings remitted to new commissioners, to be appointed by the court, with costs and disbursements of this appeal to the appellant, the property owner. See In re Grade Crossing Com'rs of City of Buffalo, 6 App. Div. 327, 40 N. Y. Supp. 520; 17 App. Div. 54, 44 N. Y. Supp. 844.

GRANNAN, Appellant, v. WESTCHESTER RACING ASS'N et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 21, 1897.) Action by Charles R. Grannan against the Westchester Racing Association and others. No opinion. We are of the opinion that there are involved in this case but two questions of sufficient importance to justify taking the decision of the court of appeals thereon, as follows: First. Whether, under the law, any person who presents himself in fit condition, and demeaning himself properly, and who tenders compliance with the reasonable rules and regulations of the racing association, including its price of admission, is entitled to admission to the grounds of such racing association when races or other public amusements are being held, or has said association the right to admit as spectators those whom it may elect, and to exclude others solely of its own volition? Second. If the meetings of the racing association be open to the public generally, can such association lawfully exclude a person solely because that person has, upon a former occasion, failed to observe its reasonable rules and regulations, if at the time when he presents himself for admission he expresses a willingness to comply with the rules and regulations of such racing association, and there is nothing to justify the conclusion that he will not do so? These questions will be certified, if the defendants so desire. See 44 N. Y. Supp. 790.

GURLEY v. FRIEDER. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by George B. Gurley against William Frieder. No opinion. Appeal dismissed, with $10 costs and disbursements.

GUY v. CRAIGHEAD. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Fred E. Guy against Horace Craighead. No opinion. Order will be resettled granting new trial. See 47 N. Y. Supp. 576.

HACKETT v. HACKETT et al. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Mary A. Hackett against Edward M. Hackett and another. No opinion. Motion granted, with $10 costs.

HALE, Appellant, v. MASON, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Ledyard P. Hale, as receiver, etc., against Marcus P. Mason. No opinion. Judgment affirmed, with costs.